THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Carlos Jones,       
Appellant.
 
 
 

Appeal From Sumter County
Howard P. King, Circuit Court Judge

Unpublished Opinion No. 2003-UP-461
Submitted March 26, 2003  Filed July 8, 2003 

APPEAL DISMISSED

 
 
 
Deputy Chief Atty Joseph L. Savitz, III, of Columbia, for 
 Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy 
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald 
 J. Zelenka, all of Columbia;  and Solicitor Cecil Kelley Jackson, of Sumter, 
 for Respondent.
 
 
 

PER CURIAM: Carlos Jones was indicted by 
 the Sumter County grand jury for murder, first degree burglary, first degree 
 criminal sexual conduct, robbery and conspiracy. The jury found Jones guilty 
 of first degree burglary, robbery and conspiracy and he was sentenced to twenty 
 five years for burglary, fifteen years for robbery, and five years for conspiracy. 
 Counsel for Jones attached a petition to be relieved to the final brief stating 
 he had reviewed the record and found the appeal to be without merit.  Jones 
 filed a separate pro se brief.   After a review of the record 
 and counsels and Joness briefs pursuant to Anders v. California, 386 
 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), 
 we dismiss [1] Joness appeal and grant counsels motion to be 
 relieved.
APPEAL DISMISSED.
CURETON, ANDERSON and HUFF, JJ., concur.

 
 
 [1] Because oral argument would not aid the court in resolving 
 the issues on appeal, we decide this case without oral argument pursuant to 
 Rule 215, SCACR.